**James HUNTER, Plaintiff—Appellant,**

v.

**HOWARD COUNTY HOUSING COMMISSION, Defendant—Appellee.**

No. 05–2221.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2006.

Decided: April 12, 2006.

James Hunter, Appellant Pro Se. Barbara McFaul Cook, County Solicitor, Ellicott City, Maryland; Carol Saffran Brinks, Howard County Office of Law, Ellicott City, Maryland, for Appellee.

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Hunter appeals the district court's order granting summary judgment to Defendant in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hunter v. Howard County Housing Comm'n,* No. CA–05–1953–WDQ (D.Md. Oct. 5, 2005). We deny Hunter's "Motion to Appeal the Decision and Petition for Stay" and his "Motion for Summary and/or Default Judgment." Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*